# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSEPH ANDREW PEREZ, | ) | NO. CV 22-08643 ODW (KS) |
| Plaintiff, | ) | |
| v. | ) | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| COUNTY OF LOS ANGELES, et al., | ) | |
| Defendants. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, Defendant County of Los Angeles's Motion to Dismiss, all of the records herein, and the February 8, 2023 Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing Objections to the Report has passed, and no Objections have been filed with the Court. Having completed its review, the Court accepts the findings and recommendations set forth in the Report. Accordingly, IT IS ORDERED that Judgment be entered dismissing this action pursuant to Local Rule 7-12, for the failure to prosecute and to follow court orders, and for the failure to inform the Court of Plaintiff's current address pursuant to Local Rule 41-6.

IT IS SO ORDERED.

DATED: March 14, 2023

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE

1