JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ANDREW PEREZ,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>Defendants. | NO. CV 22-08643 ODW (KS)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed.

DATED: March 14, 2023

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE